ANNETTE RAPPAPORT, an Infant, etc., by HARRY RAPPAPORT, Her Guardian ad Litem, and HARRY RAPPAPORT, Appellants, v. HENRY WILLE and Another, Respondents.— Action by the infant plaintiff, by her guardian *ad litem*, for personal injuries sustained by the infant while crossing Tremont avenue, borough of Bronx; and by the plaintiff Harry Rappaport for medical expenses and loss of services. Judgment in favor of defendants affirmed, with costs. No opinion. Present — McAvoy, Merrell, O'Malley, Townley and Untermyer, JJ.; O'Malley and Untermyer, JJ., dissent and vote for reversal and a new trial as to the defendant New York City Interborough Railway Company.

In the Matter of Acquiring Title by THE CITY OF NEW YORK to Certain Lands and Premises Situated on the Northerly and Southerly Sides of East One Hundred and Twenty-fifth Street, between First Avenue and Second Avenue, etc. BUSINESS MEN'S REALTY COMPANY, Appellant; THE CITY OF NEW YORK, Respondent.— Condemnation proceedings to acquire property for Manhattan approach to Triborough bridge. Final decree, so far as appealed from, awarding claimant appellant $65,766.25 for damage parcels 5 and 6, and order denying claimant's application to have stenographic minutes taken of the hearing of objections held on September 13, 1934, or for other relief, unanimously affirmed, with costs. No opinion. Present — McAvoy, Merrell, O'Malley and Townley, JJ. [158 Misc. 260.]

EDNA B. LEVINE and Another, Respondents, v. RUSSELL BLAINE COMPANY, Appellant.— Action for personal injuries sustained by plaintiff Edna B. Levine while operating a dumbwaiter in a building owned by defendant in which she and her husband were tenants. It was alleged that a sliver from the rope cut her finger and that her arm became so badly infected that it had to be amputated. While the injuries of plaintiff Edna B. Levine are serious it seems to us that the accident which befell her was one which could not reasonably be foreseen by defendant. The evidence fails to show that the defendant was negligent in any respect. Judgment and order reversed, with costs, and the complaint dismissed, with costs. Present — McAvoy, Merrell, O'Malley, Townley and Untermyer, JJ.

ABRAHAM BABIN, Appellant, v. THE TRAVELERS INSURANCE COMPANY, Respondent.— Action to recover disability benefits and premiums paid while plaintiff was disabled, upon four policies of life insurance issued by defendant; and to recover various sums of money alleged to be the difference between the total disability benefits actually paid by defendant from December 15, 1931, to the date of the commencement of the action, and the sums which plaintiff claimed he was actually entitled to receive. Judgment in favor of defendant unanimously affirmed, with costs. No opinion. Present — McAvoy, Merrell, O'Malley, Townley and Untermyer, JJ.

GEORGE GRUBY, Respondent, v. MELROSE CONTRACTING CORP., Appellant.— Action for personal injuries. While plaintiff was entering a driveway leading to the street from a garage where he was employed, he was struck by a truck owned and operated by defendant. Judgment unanimously affirmed, with costs. No opinion. Present — McAvoy, Merrell, O'Malley, Townley and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANGELO SONNESSO, Appellant.— Judgment convicting defendant of the crime of petit larceny unanimously affirmed. No opinion. Present — McAvoy, Merrell, O'Malley, Townley and Untermyer, JJ.